IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANTHONY OLIVER,

    Plaintiff,

v.

NEXSTAR BROADCASTING, INC.;
MORRIS PUBLISHING GROUP, L.L.C.; and
DOES 1–10,

    Defendants.

CIVIL ACTION NO.: 4:20-cv-140

**O R D E R**

Plaintiff filed his Complaint initiating this action in the United States District Court for the District of Delaware on May 14, 2020. (Doc. 3.) Shortly thereafter, that Court transferred the case to this Court. (Doc. 10.) Plaintiff has since filed a Voluntary Dismissal Without Prejudice, citing Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 17.) None of the Defendants (who have not yet been served) have filed an answer or a motion for summary judgment. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court **AUTHORIZES** and **DIRECTS** the Clerk of Court to **TERMINATE** all pending motions (as well as any pending reports and recommendations) as moot and to **DISMISS** this case **WITHOUT PREJUDICE**.

**SO ORDERED**, this 7th day of January, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA